Christopher M. Schierloh (CS-6644)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF NORTH
AMERICA a/s/o MTS SYSTEMS CORP.,         2007 Civ.

               Plaintiff,                **FRCP Rule 7.1**
                                          **DISCLOSURE STATEMENT**
    - against -

CENTRAL TRANSPORT, INC.,

               Defendants.
------------------------------------------------------------------X

NOW comes plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o MTS SYSTEMS CORP., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

ACE LIMITED is the publicly traded parent company of INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. MTS SYSTEMS CORP. is a publicly traded company (MTSC).

Dated: New York, New York
       September 19, 2007

                                        Casey & Barnett, LLC
                                        Attorneys for Plaintiff

                                        By: _____
                                        Christopher M. Schierloh (CS-6644)
                                        317 Madison Avenue, 21st Floor
                                        New York, New York 10017
                                        (212) 286-0225