UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o MTS SYSTEMS CORP.,<br>            Plaintiff,<br>v.<br><br>CENTRAL TRANSPORT, INC.,<br>            Defendant. | Civil Action No:<br>07-cv-8201<br><br>FRCP RULE 7.1<br>DISCLOSURE<br>STATEMENT |

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE, THE UNDERSIGNED COUNSEL FOR DEFENDANT, CENTRAL TRANSPORT, INC., STATES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY: None

NOWELL AMOROSO KLEIN BIERMAN, P.A.
Attorneys for Defendant, Central Transport, Inc.

By:  s/ *Thomas C. Martin*
       Thomas C. Martin

Date: November 19, 2007