UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o MTS SYSTEMS CORP.,<br>　　　　Plaintiff,<br><br>v.<br><br>CENTRAL TRANSPORT, INC.,<br><br>　　　　Defendant. | Civil Action No.: 07-cv-8201<br><br>NOTICE OF APPEARANCE |

William D. Bierman, Esq., and Thomas C. Martin, Esq. being attorneys-at-law of the State of New Jersey and admitted to the bar of the State of New Jersey, and also admitted to practice in the United States District Court, Southern District of New York, hereby formally enter their appearance of Record as Designated Trial Counsel in this matter on behalf of the Defendant, Central Transport, Inc. and to be bound accordingly. Notices and papers may be mailed and/or served upon them on behalf of the Defendant, at the following address:

William D. Bierman, Esq,
Nowell Amoroso Klein Bierman, P.A.
155 Polifly Road
Hackensack, New Jersey 07601
Telephone: (201) 343-5001
Fax: (201) 343-5181
E-mail: wbierman@nakblaw.com

And

Thomas C. Martin, Esq.
Nowell Amoroso Klein Bierman, P.A.
155 Polifly Road
Hackensack, NJ 07601
Telephone: (201)343-5001
Fax (201)343-5181
E-mail: tmartin@nakblaw.com

                    **NOWELL AMOROSO KLEIN BIERMAN, P.A.**
                    Attorneys for Defendant, Central Transport, Inc.

By: /s/William D. Bierman
      William D. Bierman

By:/s/Thomas C. Martin
     Thomas C. Martin

Dated: November 19, 2007