UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o MTS SYSTEMS CORP., <br><br>        Plaintiff,<br><br>v.<br><br><br>CENTRAL TRANSPORT, INC.,<br><br>        Defendant. | ) Civil Action No:<br>) 07-cv-8201<br>)<br>)   FRCP RULE 7.1<br>)   DISCLOSURE<br>)   STATEMENT<br>)<br>)<br>)<br>) |

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE, THE UNDERSIGNED COUNSEL FOR DEFENDANT, CENTRAL TRANSPORT, INC., STATES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY: None

                                          NOWELL AMOROSO KLEIN BIERMAN, P.A.
                                        Attorneys for Defendant, Central Transport, Inc.

                              By:  s/ *Thomas C. Martin*
                                    Thomas C. Martin

Date: November 19, 2007